ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
ELIZABETH KURLAN (CABN 255869)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7298
    FAX: (415) 436-6748
    Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HASSEN LAARIF, <br><br>          Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, *et al*., <br><br>          Defendants. | C 3:23-cv-05380 LJC <br><br> **SECOND STIPULATION TO EXTEND TIME WITHIN WHICH DEFENDANTS MUST FILE A RESPONSE AND ORDER** |

     The parties, through their undersigned attorneys, hereby stipulate to an extension of time within which Defendants must file their response to Plaintiff's complaint. Defendants will file their response to Plaintiff's complaint by March 28, 2024. The parties make this request because United States Citizenship and Immigration Services ("USCIS") has scheduled a re-interview of Plaintiff on March 7, 2024, and Plaintiff's counsel needs a brief period of additional time to contact Plaintiff.

     In light of the agreed-upon extension for Defendants' response to the complaint, the parties request that, if Plaintiff has not filed a motion for summary judgment by April 17, 2024, Defendants must file their motion for summary judgment by May 27, 2024. In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Second Stipulation to Extend
C 3:23-cv-05210 LJC                        1

| | | |
|---|---|---|
| 1 | Dated: February 26, 2024 | Respectfully submitted, |
| 2 | | ISMAIL J. RAMSEY<br>United States Attorney |
| 3 | | |
| 4 | | */s/ Elizabeth D. Kurlan*<br>ELIZABETH D. KURLAN |
| 5 | | Assistant United States Attorney<br>Attorneys for Defendants |
| 6 | | |
| 7 | Dated:  February 26, 2024 | |
| 8 | | */s/ Ghassan Shamieh*<br>GHASSAN SHAMIEH<br>Shamieh, Shamieh, & Ternieden |
| 9 | | Attorney for Plaintiff |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: February 27, 2024

_____
HON. LISA J. CISNEROS
United States Magistrate Judge

Second Stipulation to Extend
C 3:23-cv-05210 LJC                                           2