ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
ELIZABETH KURLAN (CABN 255869)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7298
    FAX: (415) 436-6748
    Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HASSEN LAARIF,<br><br>                Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>                Defendants. | C 3:23-cv-05380 LJC<br><br>**THIRD STIPULATION TO EXTEND TIME WITHIN WHICH DEFENDANTS MUST FILE A RESPONSE AND ORDER** |

       The parties, through their undersigned attorneys, hereby stipulate to an extension of time within which Defendants must file their response to Plaintiff's complaint. Defendants will file their response to Plaintiff's complaint by May 27, 2024.

       Plaintiff's counsel has had a breakdown in communication with Mr. Laarif and respectfully requests the court to grant the requested extension while Plaintiff's counsel continues efforts to contact Plaintiff. Should Plaintiff's counsel continue to be unable to confer with Plaintiff, Plaintiff's counsel intends on filing a motion to withdraw from this case. Any such extension would also allow Plaintiff sufficient time to find alternative counsel and Defendants sufficient time to respond to the complaint thereafter.

       In light of the agreed-upon extension for Defendants' response to the complaint, the parties

Second Stipulation to Extend
C 3:23-cv-05380-LJC                             1

request that, if Plaintiff has not filed a motion for summary judgment by June 17, 2024, Defendants must file their motion for summary judgment by July 26, 2024. In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Dated: March 28, 2024

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

*/s/ Elizabeth D. Kurlan*
ELIZABETH D. KURLAN
Assistant United States Attorney
Attorneys for Defendants

Dated:  March 28, 2024

*/s/ Ghassan Shamieh*
GHASSAN SHAMIEH
Shamieh, Shamieh, & Ternieden
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: March 28, 2024

HON. LISA J. CISNEROS
United States Magistrate Judge