1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2  MICHELLE LO (NYRN 4325163)
   Chief, Civil Division
3  ELIZABETH KURLAN (CABN 255869)
   Assistant United States Attorney
4
5         450 Golden Gate Avenue, Box 36055
          San Francisco, California 94102-3495
          Telephone: (415) 436-7298
6         Facsimile: (415) 436-6748
          Elizabeth.Kurlan@usdoj.gov
7
   Attorneys for Defendants
8
                   UNITED STATES DISTRICT COURT
9
                 NORTHERN DISTRICT OF CALIFORNIA
10
                    SAN FRANCISCO DIVISION
11

12  HASSEN LAARIF,                         C 3:23-cv-05380 LJC

13                  Plaintiff,

14         v.                              **STIPULATION TO STAY PROCEEDINGS;
                                           ORDER**
15  UNITED STATES OF AMERICA, *et al*.,

16                  Defendants.

17

18         The parties, through their attorneys, hereby stipulate and respectfully request the Court to stay

19  proceedings in this case for a limited time, until July 22, 2024. The parties make this joint request

20  because they are pursuing an administrative resolution that may render further litigation of this case

21  unnecessary.

22         Plaintiff filed this mandamus action seeking adjudication of their Form I-589, Application for

23  Asylum and Withholding of Removal. United States Citizenship and Immigration Services ("USCIS")

24  re-interviewed Plaintiff on May 23, 2024. USCIS agrees to work diligently towards completing

25  adjudication of the I-589 application, absent the need for further adjudicative action or unforeseen

26  circumstances that would require additional time for adjudication.

27         Accordingly, the parties stipulate and request that the proceedings in this case be stayed until

28

Stip to Stay Proceedings
C 3:23-cv-05380 LJC                          1

July 22, 2024, at which time the parties will file a joint status report with the Court.  At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated:  May 24, 2024                                  Respectfully submitted[1],

                                                       ISMAIL J. RAMSEY
                                                       United States Attorney


                                                       /s/ Elizabeth D. Kurlan
                                                       ELIZABETH D. KURLAN
                                                       Assistant United States Attorney
                                                       Attorneys for Defendants


Dated:  May 24, 2024

                                                       /s/ Ghassan Shamieh
                                                       GHASSAN SHAMIEH
                                                       Shamieh, Shamieh, & Ternieden
                                                       Attorney for Plaintiff




                                          **ORDER**

                    Pursuant to stipulation, IT IS SO ORDERED.


Date:  June 6, 2024

                                                       HON. LISA J. CISNEROS
                                                       United States Magistrate Judge

---

[1]  In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.